# Exhibit 1



Search…   0

Books  Authors  Kids & Teens  Christian  Romance  About



COMPANY PROFILE
PUBLISHING DIVISIONS
CAREERS

# COMPANY PROFILE



HarperCollins Publishers is the second-largest consumer book publisher in the world.

Headquartered in New York, HarperCollins has publishing operations in 17 countries. With two hundred years of history and more than 120 branded imprints around the world, HarperCollins publishes approximately 10,000 new books every year in 16 languages, and has a print and digital catalog of more than 200,000 titles. Writing across dozens of genres, HarperCollins authors include winners of the Nobel Prize, the Pulitzer Prize, the National Book Award, the Newbery and Caldecott Medals, and the Man Booker Prize.

The house of Mark Twain, the Brontë sisters, Thackeray, Dickens, John F. Kennedy, Martin Luther King Jr., Maurice Sendak, Shel Silverstein, and Margaret Wise Brown, HarperCollins has a long and rich history that reaches back to the early nineteenth century and offers our publishing team a depth of experience that few others can rival—from the modest print shop that James and John Harper opened in 1817 to the global house we are today.

HarperCollins was founded by brothers James and John Harper in New York City in 1817 as J. and J. Harper, later Harper & Brothers. In 1987, as Harper & Row, it was acquired by News Corporation. The worldwide book group was formed following News Corporation's 1990 acquisition of the British publisher William Collins & Sons. Founded in 1819, William Collins & Sons published a range of Bibles, atlases, dictionaries, and reissued classics, expanding over the years to include legendary authors such as H. G. Wells, Agatha Christie, J. R. R. Tolkien, and C. S. Lewis.

Today, the company consists of the HarperCollins General Books Group, HarperCollins Children's Books, HarperCollins Christian Publishing, HarperCollins UK, HarperCollins Canada, HarperCollins Australia/New Zealand, HarperCollins India, HarperCollins Germany, HarperCollins Español, HarperCollins Ibérica, HarperCollins Japan, HarperCollins Holland, HarperCollins Nordic, HarperCollins Polska, HarperCollins France, HarperCollins Italy, HarperCollins Brasil, HarperCollins Mexico and Harlequin. HarperCollins is a subsidiary of News Corp.

At HarperCollins, authors and their work are at the center of everything we do. We are proud to provide our authors with unprecedented editorial excellence, marketing reach, long-standing connections with booksellers, and industry-leading insight into reader and consumer behavior. Consistently at the forefront of innovation and technological advancement, HarperCollins also uses digital technology to create unique reading experiences and expand the reach of our authors.

Click here for the latest news from HarperCollins.

CONTACT US

ABOUT US

FOR READERS

FOR AUTHORS

MEDIA

SERVICES

COVID-19 RESOURCES & PERMISSIONS

SALES & RIGHTS

GLOSE APP

GLOBAL DIVISIONS



Terms of Use · Terms of Sale · Your Ad Choices · Privacy Policy ·

California Privacy Policy · Do Not Sell My Personal Information

Copyright © 2020 HarperCollins Publishers All rights reserved.