# Exhibit 14

From: <Mark Hollingsworth" <markhollingsworthxx@gmail.com"
To: <Simon Goodley" <simon.goodley@guardian.co.uk"
Date: 2/21/2017 1:11:31 AM
Subject: New stories on SFO cases

Dear Simon,

I hope your success on the SportsDirect and Ashley story has made life a lot easier at the Guardian. I followed the story because I remember you asking me if there is a book to be done on Ashley - perhaps now is the time but I'm still not sure. Happy to provide introduction if you are keen.

Meanwhile, I have been developing a new source at the SFO who is a senior investigator on their big cases and talks to me off-the-record. One new story is the SFO investigation into ENRC which he says has become a big priority. You may recall that we did stories together on ENRC and so I thought we could revisit this one if you have the time.

One of the priorities is to obtain documents from the Panama Papers on The Trio - Chidiev, Mashkevich and Ibragrimov. I am in touch with your former colleague Simon Bowers who now works at the ICIJ and so I think he will help out with searches.

Please let me know if this story appeals to you. Hopefully there is interest as it would be fun to work together again.

Very best

Mark


--94eb2c191122bb92700548fd8b52--)