# Exhibit 15

From: "Mark Hollingsworth" <markhollingsworthxx@gmail.com>
To: "Phillip Van Niekerk" <phillip@calabarconsulting.co.za>
Date: 9/28/2017 6:00:55 PM
Subject: FT story

Phillip,

I read the FT story on Ablyazov - fascinating.  Yes, I will try and get Tom Burgis to run the SFO and Belgium story because I know Tom.

I will let you know if he is interested

Mark
--94eb2c14d5d8e201f0055a412c06--)