# Exhibit 16

From: Tom Burgis <tom.burgis@ft.com>
Date: Mon, 22 Jun 2015 at 17:49
Subject: Re: Re: ENRC deaths
To: alexanderyearsley <alexanderyearsley@gmail.com>

Apparently it was malaria (though seems weird that they'd both have it at the same time??)

http://www.springfieldmo.gov/civicalerts.aspx?AID=1139

**Tom Burgis**
Investigations Correspondent
Financial Times

Office: +44 (0)207 873 3792
Mobile: +44 (0)781 355 0521
Twitter: @tomburgis
PGP: 6D6F 0479 5DCD 3C9C 76A6 C1B0 F96E 5A06 0527 3325



WARLORDS, TYCOONS, SMUGGLERS AND THE SYSTEMATIC THEFT OF AFRICA'S WEALTH
'EXCELLENT'  'EYE-POPPING'

On 19 May 2015 at 16:46, alexanderyearsley <alexanderyearsley@gmail.com> wrote:

Sent from my Samsung device

-------- Original message --------
From: Glenn Simpson <gsimpson@fusiongps.com>
Date: 19/05/2015 16:22 (GMT+00:00)
To: alexanderyearsley <alexanderyearsley@gmail.com>