# Exhibit 18

**Subject:**  FW: Trio fact-checking questions for book [TWLLP-UKMATTERS.FID5777836]

From: **Tom Burgis** <tom.burgis@ft.com>
Date: Sat, 18 Apr 2020 at 09:33
Subject: Trio fact-checking questions for book
To: Alan Morgan (Portland) <alan.morgan@portland-communications.com>

Dear Alan

I hope you're well.

I haven't heard back from you since my request in October to interview the Trio for my forthcoming book. Before that, back in January 2019, I made the same request through Michael Roberts at Hogan Lovell. I didn't hear from him either. So, now publication is approaching, I'm sending the attached fact-checks.

As you'll see, the various sets of checks concern the Trio themselves, members of their families, and past and present ERG/ENRC/IMR employees. Kindly let me know if Portland does **not** represent any of the following:

Alexander Mashkevich
Alijan Ibragimov
Patokh Chodiev
ERG (the Luxembourg company)
ENRC (the UK company)
IMR (the Trio's private holding company)
Farhad Ibragimov
Dostan Ibragimov
Shukhrat Ibragimov
Olim Chodiev
Mounissa Chodieva
Abdumalik Mirakhmedov
Mukhamejan Turdakhunov

I'd be grateful if you could check whether any of the statements in the attached document is inaccurate, and if so, provide me with any necessary correction or clarification. Kindly also confirm on receipt that this message has reached you.

I'd be happy to clarify any of the points should they be unclear. Any responses must be received by close of business on **Friday May 1, 2020**.

Regards

Tom

Tom Burgis
Investigations correspondent
**Financial Times**

Mobile: +44 (0)7813 550 521 (Signal, WhatsApp, Telegram, Wickr)

Twitter: @tomburgis

Share files confidentially with [SecureDrop](#)

To send me a PGP encrypted email, use [this public key](#) and verify with this fingerprint: 6D6F 0479 5DCD 3C9C 76A6 C1B0 F96E 5A06 0527 3325

*This email was sent by a company owned by Financial Times Group Limited ("[FT Group](#)"), registered office at Bracken House, One Friday Street, London, EC4M 9BT. Registered in England and Wales with company number 879531. This e-mail may contain confidential information. If you are not the intended recipient, please notify the sender immediately, delete all copies and do not distribute it further.  It could also contain personal views which are not necessarily those of the FT Group.  We may monitor outgoing or incoming emails as permitted by law.*