UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x

IN RE: EX PARTE APPLICATION OF
EURASIAN NATURAL RESOURCES
CORPORATION LIMITED PURSUANT TO 28
U.S.C. § 1782 FOR LEAVE TO TAKE
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS

Applicant.

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:20-mc-00312-ER

Hon. Edgardo Ramos

-------------------------------------------------------------x

## RESPONDENT HARPERCOLLINS PUBLISHERS LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent HarperCollins Publishers LLC ("HarperCollins") states that News Corporation, a publicly-held company, is the ultimate parent corporation of HarperCollins.  No publicly-held company owns 10% or more of News Corporation's stock.

Dated: October 16, 2020
      New York, New York

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Laura R. Handman*
    Laura R. Handman
    Jeremy A. Chase
    Chelsea T. Kelly

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
laurahandman@dwt.com
jeremychase@dwt.com
chelseakelly@dwt.com

*Attorneys for Third-Party HarperCollins*
*Publishers, LLC*