UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------------x

IN RE: EX PARTE APPLICATION OF
EURASIAN NATURAL RESOURCES
CORPORATION LIMITED PURSUANT TO 28
U.S.C. § 1782 FOR LEAVE TO TAKE
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS

Applicant.

----------------------------------------------------------------x

Case No. 1:20-mc-00312-ER

Hon. Edgardo Ramos

## DECLARATION OF LAURA R. HANDMAN IN SUPPORT OF RESPONDENT
## HARPERCOLLINS PUBLISHERS, LLC'S MOTION TO QUASH SUBPOENA OR,
## IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

I, Laura R. Handman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court.  I am a partner

in the firm of Davis Wright Tremaine LLP, counsel for HarperCollins Publishers, LLC

("HarperCollins US").  I submit this declaration in support of HarperCollins US' Motion to Quash

Subpoena, or in the Alternative, for a Protective Order.

2.      Attached hereto as Exhibit A is a true and correct copy of the Particulars of Claim

filed by Petitioner Eurasian Natural Resources Corporation Limited ("ENRC") in the case of

*Eurasian Natural Res. Corp. v. Mark Hollingsworth*, Claim No. BL-2019-001955, based in the

United Kingdom.

3.      Attached hereto as Exhibit B is a true and correct copy of the Particulars of Claim

filed by ENRC in the case of *Eurasian Natural Res. Corp. v. The Director of the Serious Fraud

Office*, Claim No. BL-2019-000613, based in the United Kingdom.

4.     Attached hereto as Exhibit C is a true and correct copy of the Amended Particulars of Claim filed by ENRC in the case of *Eurasian Natural Res. Corp. v. Dechert LLP and David Neil Gerrard*, Claim No. CL-2017-000583, based in the United Kingdom.

5.     Attached hereto as Exhibit D is a true and correct copy of the Amended Particulars of Claim filed by ENRC in the case of *Eurasian Natural Res. Corp. v. Ake-Jean Qajygeldin*, Claim No. BL-2019-001377, based in the United Kingdom.

6.     Attached hereto as Exhibit E is a true and correct copy of the Amended Subpoena that ENRC served upon me as counsel for HarperCollins US on November 12, 2020.

7.     Attached hereto as Exhibit F is a true and correct copy of the Amended Defence filed in the case of *Eurasian Natural Res. Corp. v. Dechert LLP and David Neil Gerrard*, Claim No. CL-2017-000583, based in the United Kingdom.

8.     Attached hereto as Exhibit G is a true and correct copy of the transcript of this Court's pre-motion conference, held on October 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  November 24, 2020                              /s/ *Laura R. Handman*_____
                      Washington, DC                                        Laura R. Handman