UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED PURSUANT TO 28 U.S.C. § 1782 FOR LEAVE TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS<br><br>Applicant. | Case No. 1:20-mc-00312-ER<br><br>Hon. Edgardo Ramos |

### DECLARATION OF BETH SILFIN IN SUPPORT OF RESPONDENT HARPERCOLLINS PUBLISHERS, LLC'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

I, Beth Silfin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am Vice President, Deputy General Counsel at HarperCollins Publishers, LLC ("HarperCollins US"), the Respondent in the above-captioned matter. I submit this declaration in support of HarperCollins US' Motion to Quash Subpoena or, in the Alternative, for a Protective Order.

2. HarperCollins UK is a London-based, independently incorporated, foreign affiliate and sister company of HarperCollins US.

3. Upon information and belief, HarperCollins UK published Tom Burgis's *Kleptopia: How Dirty Money Is Conquering the World* (hereinafter, "the Book") on September 3, 2020. HarperCollins US published the Book on September 8, 2020. The Book received wide international acclaim.

4. Documents concerning any compensation paid to Mr. Burgis by HarperCollins US are proprietary and commercial documents to HarperCollins US.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 23, 2020
New York, NY

_____
Beth Silfin