# EXHIBIT A

(A copy of the book *Kleptopia: How Dirty Money Is Conquering the World*, sent via overnight mail to Judge Ramos's chambers and opposing counsel's office)