# EXHIBIT D

# TaylorWessing

To: Tom Burgis

**PRIVATE & CONFIDENTIAL**
**NOT FOR PUBLICATION**

**BY EMAIL ONLY:** tom.burgis@ft.com

Taylor Wessing LLP
5 New Street Square
London EC4A 3TW

Tel +44 (0)20 7300 7000
Fax +44 (0)20 7300 7100
DX 41 London
www.taylorwessing.com

Date
27 May 2020

Our reference
EUR138.U4

Your reference

Dear Sirs

**Our client: Eurasian Natural Resources Corporation Limited ("ENRC")**

We refer to your email of 15 May 2020.

Our letter dated 8 May 2020 requested that, if you have received confidential information belonging to our client from any of the sources identified in that letter, you disclose the circumstances under which you obtained that confidential information, including who from, when, how and the method of obtaining it.

Your response was to purport to identify the information in your Document that you assert is the public domain. It is immediately clear that some of your assertions are plainly wrong. Moreover, large parts of the information contained in your Document are not referred to in your email. We can therefore only assume that you are not suggesting that that information is in the public domain. We therefore repeat the request contained in our letter of 8 May 2020 (and as set out above) in relation to that information.

In the meantime all our client's rights, including in relation to the significant inaccuracies contained in the Document, are expressly reserved. We look forward to hearing from you as soon as possible.

Yours faithfully

*Taylor Wessing LLP*

**Taylor Wessing LLP**

Taylor Wessing LLP is a limited liability partnership registered in England and Wales, registered number OC322935. A list of members is available for inspection at our registered office: 5 New Street Square, London EC4A 3TW.

Any reference to a partner in relation to Taylor Wessing LLP is to a member of Taylor Wessing LLP or an employee or consultant of Taylor Wessing LLP with equivalent standing as the members of Taylor Wessing LLP. Taylor Wessing LLP is authorised and regulated by the Solicitors Regulation Authority.

Taylor Wessing is the trading name used by a number of distinct legal entities. Further information can be found on our regulatory page at www.taylorwessing.com

UKMATTERS:57483409.1