

1251 Sixth Ave
21st Floor
New York, NY 10020

**Laura R. Handman**

Tel. 212.489.8230
Fax 212.489.8340
laurahandman@dwt.com

November 24, 2020

**Via ECF**

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Ex Parte Application of Eurasian Natural Resources Corporation Limited Pursuant to 28 U.S.C. § 1782 for Leave to Take Discovery for Use in Foreign Proceedings*, No. 1:20-mc-00312-ER (S.D.N.Y. 2020)

Dear Judge Ramos:

    We represent Respondent HarperCollins Publishers LLC ("HarperCollins") in the above-referenced action. We write pursuant to Your Honor's Individual Practices to request oral argument on HarperCollins' Motion to Quash Subpoena, or in the Alternative, for a Protective Order, filed today.

    Respectfully submitted,

    /s/ *Laura R. Handman*

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com