# REPORTERS COMMITTEE

**FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(202) 795-9301

**STEERING COMMITTEE**

STEPHEN J. ADLER
*Reuters*

J. SCOTT APPLEWHITE
*The Associated Press*

WOLF BLITZER
*CNN*

DAVID BOARDMAN
*Temple University*

THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*

MASSIMO CALABRESI
*Time Magazine*

MANNY GARCIA
*Pro Publica*

EMILIO GARCIA-RUIZ
*The Washington Post*

JOSH GERSTEIN
*POLITICO*

ALEX GIBNEY
*Jigsaw Productions*

SUSAN GOLDBERG
*National Geographic*

JAMES GRIMALDI
*The Wall Street Journal*

LAURA HANDMAN
*Davis Wright Tremaine*

DIEGO IBARGÜEN
*Hearst*

KAREN KAISER
*The Associated Press*

DAVID LAUTER
*Los Angeles Times*

MARGARET LOW
*WBUR*

JANE MAYER
*The New Yorker*

COLLEEN MCCAIN NELSON
*The McClatchy Company*

MAGGIE MULVIHILL
*Boston University*

JAMES NEFF
*The Philadelphia Inquirer*

NORMAN PEARLSTINE
*The Los Angeles Times*

THOMAS C. RUBIN
*Stanford Law School*

CHARLIE SAVAGE
*The New York Times*

JENNIFER SONDAG
*Bloomberg News*

NABIHA SYED
*The Markup*

ADAM SYMSON
*The E.W. Scripps Company*

PIERRE THOMAS
*ABC News*

SAUNDRA TORRY
*Freelance*

VICKIE WALTON-JAMES
*NPR*

JUDY WOODRUFF
*PBS/The NewsHour*

**HONORARY LEADERSHIP COUNCIL**

CHIP BOK
*Creators Syndicate*

TONY MAURO
*American Lawyer Media, ret.*

DAHLIA LITHWICK
*Slate*

ANDREA MITCHELL
*NBC News*

CAROL ROSENBERG
*The New York Times*

PAUL STEIGER
*ProPublica*

*Affiliations appear only
for purposes of identification.*

## MEMO ENDORSED

Via ECF                                                          December 1, 2020

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Motion for Leave to File Amicus Brief in *In re Ex Parte Application of Eurasian Natural Resources Corporation Limited Pursuant to 28 U.S.C. § 1782 for Leave to Take Discovery for Use in Foreign Proceedings*, No. 1:20-mc-00312-ER (S.D.N.Y. 2020).

Dear Judge Ramos:

I write on behalf of non-party the Reporters Committee for Freedom of the Press (the "Reporters Committee"), which seeks leave to file a brief as amicus curiae in support of Respondent HarperCollins Publishers LLC. Pursuant to Rule 2.A.ii of this Court's Individual Practices, we respectfully request a pre-motion conference regarding an anticipated motion by the Reporters Committee for leave to file or, in the alternative, permission to file the brief attached to this letter. Both parties have consented to this filing.

"It is well-established that a district court has broad discretion to grant or deny an appearance as amicus curiae in a given case." *Picard v. Greiff*, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011). The accompanying brief seeks to explain why discovery under Section 1782 should not be permitted when it would undermine the reporter's privilege, and courts in this district have previously found the submissions of the Reporters Committee helpful in this context. *See In re Application of Shervin Pishevar for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782*, 439 F. Supp. 3d 290, 306 (S.D.N.Y 2020). Accordingly, we respectfully request that the Court grant the request for a pre-motion conference or leave to file.

Dated:  December 1, 2020                        Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org

*Counsel of Record for Amicus Curiae*

The Court grants the Reporters Committee for Freedom of the Press leave to file an amicus brief and accepts the amicus brief it simultaneously filed.

It is SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  12/1/2020
New York, New York