# Exhibit 1

# EURASIAN NATURAL RESOURCES CORPORATION LIMITED

| Date | Register of Members and Share Ledger | Company Number |
|---|---|---|
| 18/02/2021 | Kept at The Company's Registered Office | 0502510 |

Under section 123 of the Companies Act 2006, it is recorded that the company became a single member company as defined by the Companies (Single Member Private Limited Companies) Regulations 1992 on 10/08/2015.

The sole member of the company on 10/08/2015 was EURASIAN RESOURCES GROUP BV of Piet Heinkade 55, 1019 GM Amsterdam, Netherlands.

Certified as a true copy of the original

*[signature]*

Vincent Cheshire FCCA
For and on behalf of
TMF Corporate Administration Services Limited
Company Secretary
18 February 2021

# EURASIAN NATURAL RESOURCES CORPORATION LIMITED

| Date | Register of Members and Share Ledger | Company Number |
|---|---|---|
| 18/02/2021 | Kept at The Company's Registered Office | 0?02??10 |

| Name | **EURASIAN RESOURCES GROUP BV** | Date of Entry as a Member | 10/08/201? |
|---|---|---|---|
| Address | Piet Heinkade ??? 101? GM Amsterdam, Netherlands | Date Membership Ceased | |

| Class | | | | | | | Currency | | |
|---|---|---|---|---|---|---|---|---|---|
| US $0.20 Ordinary shares | | | | | | | US Dollar | | |
| Date of Entry | Entry Number Allotment | Entry Number Transfer | Certificate Number | Number of Shares Acquired | Number of Shares Disposed | Number of Shares Balance | Price Per Share | Total Amount Agreed to be Paid | Notes |
| 10/08/201? | 2 | | ?? | 1,28?,???,000 | | 1,28?,???,000 | US $0.20 | US $2??,???,000.00 | After re-registration, ??? Share Certificates were issued and are in force: No. 000010? for ???8?,000 shares; No. 0000101 for ???8?,000 shares; and No. 000010? for 2?,000 shares. |
| | | | Totals | 1,28?,???,000 | 0 | 1,28?,???,000 | | | |